TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00291-CV






In re City of San Angelo, Texas and Menard County Water Control


and Improvement District No. 1







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






PER CURIAM



 The Relators' "Application for Injunctive Orders and/or Application for Writ of
Mandamus/Injunction" is denied. Tex. R. App. P. 52.8(a). Consequently, Relators' Motion for
Temporary Relief is also denied. 


Before Justices Kidd, Patterson and Puryear


Filed: May 16, 2002


Do Not Publish